UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAMON JAQUEZ, on behalf of herself and all others similarly situated,

                Plaintiffs,

    v.

INTERACTIVE LIFE FORMS, LLC,

                Defendant.

**ORDER**

21 Civ. 1453 (ER)

---

RAMOS, D.J.

    On February 18, 2021, Ramon Jaquez brought this action against Interactive Life Forms, LLC ("Interactive") for violation of the Americans with Disabilities Act and related claims. Doc. 1. Interactive was served on February 26, but has neither appeared nor responded to the complaint. Jaquez is therefore directed to submit a status report regarding the status of the case by **April 19, 2021**.

    It is SO ORDERED.

Dated: April 5, 2021
       New York, New York

                                            _____
                                            Edgardo Ramos, U.S.D.J.